UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| JESSE ROSEN,<br><br>                       Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, PRISON HEALTH SERVICES, INC., MARTIN F. HORN, Commissioner of the New York City Department of Correction, OFFICER JOHN DOE, said name being fictitious, being intended to designate the City of New York Correction Officer designated herein, OFFICER RICHARD ROE, said name being fictitious, being intended to designate the City of New York Correction Officer involved in the action herein, and JOHN DOE, M.D., said name being fictitious, being intended to designate the physician involved in the action herein,<br><br>                       Defendants. | **NOTICE OF MOTION TO AMEND CAPTION**<br><br>07 Civ. 6721 (U.S. District Court for S.D.N.Y.)<br><br>Index No. 16753/07 (Supreme Court of the State of New York, Bronx County) |

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the Declaration of Jordan M. Smith, dated August 6, 2007, and upon all the papers and proceedings had herein, defendants City of New York, New York City Health and Hospital Corporation and Martin F. Horn will move this Court, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an order granting leave to amend the caption of their Notice of Removal dated July 26, 2007, to correctly identify the index number of the case to be removed from state court as "Index No. 16753/07 (Supreme Court of the State of New York, Bronx County)" and not as "Index No. 112185/2005 (Supreme Court of the State of New York Bronx County)" as currently appears, together with such other relief as the Court may deem just and proper.

Dated:     New York, New York
           August 6, 2007

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the
                                  City of New York
                                Attorney for Defendants
                                100 Church Street, Room 3-141
                                New York, New York 10007
                                (212) 788-0869

                                By: _____
                                     JORDAN M. SMITH (JS 7186)

TO:     Michael Jaffe, Esq.
        Pazer & Epstein, P.C.
        Attorneys for Plaintiff
        20 Vesey Street, #700
        New York, NY 10007
        (212) 227-1212