## DECLARATION OF SERVICE

I, Jordan M. Smith, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 6, 2007, I caused to be served the annexed **"NOTICE OF MOTION TO AMEND CAPTION"** upon the following counsel of record by hand delivery:

*To:*    Michael Jaffe, Esq.
Attorney for Plaintiff Jesse Rosen
Pazer & Epstein, P.C.
20 Vesey Street, #700
New York, NY 10007

Dated:    New York, New York
August 6, 2007

_____
JORDAN M. SMITH