## DECLARATION OF SERVICE

I, Jordan M. Smith, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 6, 2007, I caused to be served the annexed **"DECLARATION OF JORDAN M. SMITH"** upon the following counsel of record by hand delivery:

    *To:*    Michael Jaffe, Esq.
             Attorney for Plaintiff Jesse Rosen
             Pazer & Epstein, P.C.
             20 Vesey Street, #700
             New York, NY 10007

Dated:    New York, New York
             August 6, 2007

                                              JORDAN M. SMITH